FANNY SILBERLUST, Respondent, v. MATTHEW A. BRODERICK and CARL TRUBE, Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

---

## THIRD DEPARTMENT, JANUARY, 1924.

STEPHEN STREBEL, as Administrator, etc., of ANNA BARBARA NEUMANN, Deceased, Respondent, v. LUCY SMITH, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the Sullivan county clerk's office July 6, 1923, upon the decision of the court, rendered after a trial at the Sullivan Trial Term, certain questions of fact having been submitted to the jury.

PER CURIAM: The defendant does not claim that the complaint is insufficient. She claims that it does not state a cause of action in equity. We are of the opinion that it does state an equitable cause of action. If otherwise, however, the defendant is in no position to raise the question, having failed to procure a ruling thereon and to except to such ruling if adverse. (*Hand* v. *Kennedy*, 83 N. Y. 149, 155.) The findings although unnecessarily numerous contain such as are essential to sustain the judgment. A careful consideration of the evidence leads us to the conclusion that such findings as are essential to support the judgment are themselves supported by the evidence. Judgment unanimously affirmed, with costs.

---

CARRIE MAY and Another, as Executrices, etc., of GERTRUDE C. BRIGGS, Deceased, Respondents, v. ERMINE L. BRIGGS, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiffs, entered in the Delaware county clerk's office July 18, 1923, upon the decision of the court.

PER CURIAM: We think that the proof clearly established that of the notes sued upon the note of September 24, 1920, for $412.90 was fully paid; that there was paid upon the principal of the remainder of the notes $597 on July 23, 1919, and $450 on June 24, 1921; that all interest upon such other notes was paid to January 23, 1922, and that the defendant was entitled to have these payments deducted from the recovery. All findings contrary hereto should be disapproved and new findings made which are in accordance herewith. The judgment should be modified in accordance with this opinion, and as modified affirmed, with costs to the appellant against the plaintiffs. Judgment modified in accordance with opinion, with costs to the appellant against the plaintiffs, and as so modified unanimously affirmed. Order to be settled before H. T. Kellogg, J., on Tuesday, January fifteenth, at ten A. M.